IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHRYN THORPE,
Plaintiff,
v.

THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. d/b/a JEFFERSON HEALTH,
Defendant.

Case No. 2:25-cv-07167-JHS

**DEFENDANT THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Thomas Jefferson University Hospitals, Inc. respectfully moves the Court to dismiss Plaintiff's Class Action Complaint ("CAC") because Plaintiff lacks standing to bring her breach of contract and unjust enrichment claims and fails to allege sufficient facts to plausibly state a claim for relief. The facts and arguments supporting this Motion are set forth in the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to E.D. Pa. Civ. R. 7.1(f), Jefferson Health respectfully requests oral argument on this motion to dismiss, should the Court not be inclined to grant the motion without such.

Dated: February 23, 2026

Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Edward J. McAndrew*
Edward J. McAndrew (Pa Bar No. 77103)
Jackson D. Teague (Pa Bar No. 333613)
1735 Market Street
Suite 3300
Philadelphia, PA 19103
emcandrew@bakerlaw.com
jteague@bakerlaw.com
T: (215) 564-8386
F: (215) 568-3435

Elizabeth A. Scully (*PHV* forthcoming)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
escully@bakerlaw.com
T: (202) 861-1500
F: (202) 861-1783

*Attorneys for Defendant Thomas Jefferson University Hospitals, Inc. d/b/a/ Jefferson Health*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2026, I electronically filed the foregoing Motion to Dismiss with the Court using the CM/ECF system, which will automatically serve all attorneys of record via the Court's CM/ECF System.

*/s/ Edward J. McAndrew*
Edward J. McAndrew
PA Bar No. 77103
BAKER & HOSTETLER LLP
1735 Market Street
Suite 3300
Philadelphia, PA 19103
emcandrew@bakerlaw.com
T: (215) 564-8386
F: (215) 568-3435