**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CATHRYN THORPE,**<br>**Plaintiff,**<br>**v.**<br>**THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,**<br>**Defendant.** | **CIVIL ACTION NO. 25-7167** |

**ORDER**

**AND NOW,** this 1st day of June 2026, upon consideration of Defendant's Motion to Dismiss [Doc. No. 9], the responses thereto, and the history of the related case *Murphy v. Thomas Jefferson University Hospitals, Inc*. (22cv4674), it is hereby **ORDERED** as follows:

1. Defendant shall file a supplemental brief addressing which parts of its Motion to Dismiss are subject to this Court's order denying its Motion to Dismiss a substantively identical complaint in *Murphy*. Should any part of the Motion not be subject to the *Murphy* Order, then Defendant shall provide explanation as to why it is inapplicable. Defendant shall file the brief of no more than ten pages on or before **June 15, 2026**.
2. Plaintiff may file a responsive brief of no more than ten pages on or before **June 29, 2026.**

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**