**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CATHRYN THORPE,**<br>**Plaintiff,**<br>**v.**<br>**THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,**<br>**Defendant.** | **CIVIL ACTION NO. 25-7167** |

**ORDER**

**AND NOW,** this 3rd day of August 2026, upon consideration of Defendant Thomas Jefferson University Hospitals, Inc.'s Motion to Dismiss [Doc. No. 9], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion to Dismiss is **GRANTED** as to Count I (Violation of ECPA), Count III (Negligence), and Count IV (Invasion of Privacy). The class action claims in Counts I, II, and III are **DISMISSED with prejudice**.
2. The Motion to Dismiss is **DENIED** as to Count II (Breach of Contract) and Count V (Unjust Enrichment).
3. Defendant shall file an answer to the remaining counts in the Complaint no later than **August 17, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe, J.**

**CYNTHIA M. RUFE, J.**