**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CATHRYN THORPE,**<br>**Plaintiff,**<br>**v.**<br><br>**THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. d/b/a JEFFERSON HEALTH,**<br>**Defendant.** | **Case No. 25-cv-7167-CMR** |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OR,**
**IN THE ALTERNATIVE, INTERLOCUTORY APPEAL**

Pursuant to Local Rule of Civil Procedure 7.1(g), Plaintiff respectfully moves this Court to reconsider its August 3, 2026 Opinion and Order dismissing Plaintiff's ECPA, negligence, and privacy claims as untimely. Aug. 3, 2026 Opinion, p.12 [Doc. 25].

Respectfully submitted,

Dated: August 17, 2026

*/s/ David J. Cohen*

David J. Cohen
STEPHAN ZOURAS LLC
170 S. Independence Mall West #901
Philadelphia, PA 19106
(215) 873-4836
dcohen@stephanzouras.com

James B. Zouras
STEPHAN ZOURAS LLC
222 W. Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
jzouras@stephanzouras.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing pleading to be served today upon all registered counsel by electronically filing said document with the Clerk of the U.S. District Court of the Eastern District of Pennsylvania.

Dated: August 17, 2026 /s/ *David J. Cohen*