**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CATHRYN THORPE,**<br>**Plaintiff,**<br>**v.**<br>**THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.,**<br>**Defendant.** | **CIVIL ACTION NO. 25-7167** |

**ORDER**

**AND NOW,** this 29th day of September 2026, upon consideration of Plaintiff's Motion for Reconsideration or In the Alternative, Interlocutory Appeal [Doc. No. 27] and the responses thereto, for the reasons outlined in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**